FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE
CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION
UNDER 28 U.S.C. § 1343

2025 OCT -8 P 3: 39

## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

Shawn K Davis                              )
[Enter above the full name of              )
the plaintiff in this action]              )
                                           )
                                           )
v.                                         )    Docket No.
                                           )
Medical Staff                              )
@ Washington Co. Jail                      )
                                           )
                                           )
                                           )
[Enter above the full name of              )
the defendant(s) in this action]           )

I.   Previous Lawsuits

     A.   Have you begun other lawsuits in state or federal court dealing with the
          same facts involved in this action or otherwise relating to your
          imprisonment?          Yes [✓]       No [ ]

     B.   If your answer to "A" is yes, describe the lawsuit in the space below.
          [If there is more than one lawsuit, describe the additional lawsuits on
          another piece of paper, using the same outline]

          1. Parties to this previous lawsuit

          Plaintiff(s)  I have begun a suit on the Med and
                        correctional staff @ Aroostook CC. jail
          Defendant(s)  nursing staff as well as ~~~~~~~~~~~
                        ~~~~~~~~~~~~~~~~~~~~~~~~~~~ Skriska
                        Corperals LaterNUe and Chardel/dos Levaseur
          2. Court [If federal court, name the district; if state court, name the county] Skriska
                   United States district court Bangor, Me

          3. Docket number          NA

          4. Name of judge whom case was assigned    NA

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] ___Still pending___

6. Approximate date of filing lawsuit ___9-21-2025___

7. Approximate date of outcome ___unknown___

II. Place of present confinement ___Aroostook County Jail Houlton, Me Zip 04730___

   A. Is there a prisoner grievance procedure in this institution?
   Yes [✓]   No [ ]

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes [ ]   No [✓]

   C. If your answer is "Yes"

      1. What steps did you take? ___I made a verble complaint to the rec officer while at out door rec___

      2. What was the result? ___I was told that outside rec is about over, and to go sit on the bench untill it was over___

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff ___Shawn K Davis___
   Address ___15 Broadway St Houlton, Me 04730___

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

B. Name of Defendant ___Washington Co. jail / Medical staff___
   Position ___Corrections officers and nurses___
   Address ___85 court st, Machias, Me 04654___

C. Additional Defendant(s) _____

IV. **Statement of Claim**

[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

On May 5th 2025 i arrived at Washington CO. jail. I informed the staff i was diabetic. They chose not to believe me. A couple days later during outside rec i complained of dizziness and was told to set on a bench for the remainder of rec. This was for about 15 min. Once I got back to my cell I fainted, was then tested my blood sugar upon the results of test the staff administered insulin for a Type one, since this I have pain in my abdominal area and inflamed liver.

V. **Relief**

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

I would like the courts to find the medical staff as well as corrections staff liable for miss diagnoses Negligence and cruel and unusual punishment also Medical mispractice

_____
Signature of Plaintiff

Signed this  21  day of  September , 20 25

I declare under penalty of perjury that the foregoing is true and correct.

9-21-2025
Date

_____
Signature of Plaintiff